1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONNIE BOWMAN,

                Plaintiffs,

        v.

ELDON VAIL, et al.,

                Defendants.

Case No. C10-5266RJB/JRC

ORDER ADOPTING A REPORT AND
RECOMMENDATION

14
15
16
17
18
19
20
21
22
23
24
25
26

      The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

      1.     The Court adopts the Report and Recommendation;

      2.     This action is dismissed WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41 (a)(2).  The full filing fee will be collected.

      3.     The Clerk is directed to send a copy of this Order to plaintiff, and to the Hon. J. Richard Creatura.

      DATED this 13th day of October, 2010.

ROBERT J. BRYAN
United States District Judge

ORDER - 1