# United States District Court

WESTERN DISTRICT OF WASHINGTON

RONNIE BOWMAN

JUDGMENT IN A CIVIL CASE

v.

ELDON VAIL, et al.,

CASE NUMBER: C10-5266RJB/JRC

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation;

This action is dismissed WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(2). The full filing fee will be collected.

| | |
|---|---|
| October 14, 2010 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |